BC

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**FILED**
3/19/2024
KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| GARY KULIK, an individual, | ) Case No.    1:24-cv-01569 |
| | ) |
| | )      *(to be filled in by the Clerk's Office)* |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | )    Jury Trial:   *(check one)*   ☑ Yes   ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| | ) |
| | ) |
| DELTA AIR LINES, INC., a Florida Corporation; | ) |
| GRANT HORTON, an individual; CHRISTOPHER | ) |
| MORALES, an individual; Does 1-30 | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.     **The Parties to This Complaint**

     A.     **The Plaintiff(s)**

         Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

            Name                   GARY KULIK

            Street Address

            City and County

            State and Zip Code

            Telephone Number

            E-mail Address

     B.     **The Defendant(s)**

         Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

DELTA AIR LINES, INC.
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

CHRISTOPHER MORALES
SUPERVISOR TO PLAINTIFF
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

GRANT HORTON
SUPERVISOR TO PLAINTIFF
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C.      **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

II.     **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Other federal law *(specify the federal law)*: _____

☑      Relevant state law *(specify, if known)*: _____
        Family Medical Leave Act (FMLA);

☐      Relevant city or county law *(specify, if known)*: _____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☑   Termination of my employment.

☑   Failure to promote me.

☑   Failure to accommodate my disability.

☐   Unequal terms and conditions of my employment.

☑   Retaliation.

☐   Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C.   I believe that defendant(s) *(check one)*:

☑   is/are still committing these acts against me.

☐   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐   race _____

☐   color _____

☐   gender/sex _____

☐   religion _____

☐   national origin _____

☐   age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☑   disability or perceived disability *(specify disability)*
ADHD and HIV status

E.   The facts of my case are as follows.  Attach additional pages if needed.

Please see the attached STATEMENT OF FACTS IN RESPONSE TO ITEM "E" IN PLAINTIFF'S COMPLAINT FOR EMPLOYMENT DISCRIMINATION

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
01/25/2024

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☐      issued a Notice of Right to Sue letter, which I received on *(date)*  01/25/2024          .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☑      less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

All relieft available under the law, including general and special damages, attorney fees, litigation costs, punitive damages, among others.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____

### B.      For Attorneys

Date of signing: _____ NA

Signature of Attorney        NA
Printed Name of Attorney    NA
Bar Number                  NA
Name of Law Firm            NA
Street Address              NA
State and Zip Code          NA
Telephone Number            NA
E-mail Address              NA

| Print | Save As... | Add Attachment | Reset |

UNITED STATES DISTRICT COURT

FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1

Eastern Division

GARY J KULIK, an individual,

PLAINTIFF,

and

DELTA AIR LINES INC., et al.
DEFENDANT.

Case No.:  1:24−cv−01569

**STATEMENT OF FACTS IN RESPONSE TO ITEM "E" IN PLAINTIFF'S COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

1. On or about May 09, 2022, Delta Air Lines Inc. hired me for the reservation sales position.

2.  I am an openly gay male.

3. At the point of being hired, I had already been diagnosed with ADHD for a while. However, my HIV-positive diagnosis was recent. I was still adjusting to my medications.

4. Therefore, on or about January 25, 2023, I requested accommodations from my direct superior(s), GRANT HORTON.

5. However, Mr. HORTON denied my accommodations, noting that I "did not qualify for accommodations under the ADA until I get the one-year mark."

6. Thereafter, I was coerced into signing a statement saying that I could not perform the functions of my role without accommodations.

7. After I was coerced into signing this statement on February 22, 2023, I emailed my supervisors to clarify my statement.

1

STATEMENT OF FACTS IN RESPONSE TO ITEM "E" IN PLAINTIFF'S COMPLAINT FOR EMPLOYMENT DISCRIMINATION

8. On this same day, February 22, 2023, Mr. HORTON blocked my access to my Delta/work email account, and I was suspended **without pay**.

9. On March 10, 2023, I received an email from NINA SANDERS, the Workplace Accommodation Manager at EO Accommodations, noting that she had unilaterally scheduled me for a conference call on that date. However, I never received her alleged email because she allegedly sent it to my work email, which I had no access to (See Exhibit 2—Email from NINA SANDERS dated March 10, 2023).

10. On April 3, 2023, I emailed my superiors, GRANT HORTON and CHRISTOPHER MORALES about my employment status.

11. Because Ms. SANDERS refused to provide a copy of the policy that denied me the right to have my attorney present during our conversations, I escalated the issue to her supervisor, LISA STEPHAN. I advised Ms. STEPHAN that I had been denied accommodations because I had not met the one-year mark with the company. Ms. STEPHAN noted in an email dated April 5, 2023, that she was back in the office and that she would be able to "close out the review in short order."

12. However, I never heard back from Ms. STEPHAN.

13. On or about May 5, 2023, I emailed my supervisors asking them to confirm my employment status.

14. It has been almost three months since I have been suspended without pay, and I have not heard back from anyone.

15. Thereafter, MORALES and HORTON tried to coerce me into falsely admitting that I abandoned my job via email. However, I replied that I did not abandon my job. They constructively terminated me because they refused to give me an update as to the status of my employment for over three months, hoping that their delay would coerce me to quit.

16. The actions taken by DEFENDANTS were intentional, malicious, and repugnant, which ran afoul of well-settled law. Therefore, punitive damages are warranted.

2

STATEMENT OF FACTS IN RESPONSE TO ITEM "E" IN PLAINTIFF'S COMPLAINT FOR EMPLOYMENT DISCRIMINATION